# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| MR. JASON PARKER, | : No. 32 EM 2016 |
| Petitioner | : |
| v. | : |
| MUNICIPAL COURT JUDGE RAYFORD A. MEANS, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of April, 2016, the Application for Leave to File Original Process, the Petition for Writ of Habeas Corpus, and the Application for an Immediate Hearing are **DISMISSED**. *See Commonwealth v. Reid*, 642 A.2d 453 (Pa. 1994) (providing that hybrid representation is not permitted).

    The Prothonotary is **DIRECTED** to forward the filings to counsel of record and to strike the name of the jurist from the caption.